IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CRAIG MOSKOWITZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED; | CIV. NO. 17-00299 HG-RT |
| Plaintiff, | AMENDED RULE 16 SCHEDULING ORDER |
| vs. | |
| AMERICAN SAVINGS BANK, F.S.B., | |
| Defendant. | |

## AMENDED RULE 16 SCHEDULING ORDER

Pursuant to Federal Rules of Civil Procedure, Rule 16(b)(1) and LR 16.3, a scheduling conference was held on April 11, 2019, before the Honorable Rom A. Trader, United States Magistrate Judge.  Appearing at the conference were Aytan Y. Bellin (by phone) and Justin A. Brackett on behalf of Plaintiff, and Steven D. Allison (by phone) and Kevin W. Herring on behalf of Defendant.

Pursuant to Federal Rules of Civil Procedure, Rule 16(b)(1) and LR 16.3, the Court enters this scheduling conference order:

## TRIAL AND PRETRIAL CONFERENCE SCHEDULING:

**1.** **JURY** trial in this matter will commence before the Honorable Helen Gillmor, Senior United States Judge on April 14, 2020 (Tuesday), at 9:00 a.m.

**2.** A final pretrial conference shall be held on March 3, 2020, at 9:00 a.m. before the Honorable Rom A. Trader, United States Magistrate Judge.

**3.**     Counsel and parties pro se shall appear before the Honorable Helen Gillmor, Senior United States Judge for a pretrial conference in her courtroom on Friday ,April 3, 2020 at 10:30 a.m.  Counsel and parties pro se shall be prepared to discuss with Judge Gillmor the matters covered by this Order.

**4.**     Pursuant to LR 16.6, each party herein shall serve and file a separate final pretrial statement by February 25, 2020.

## MOTIONS:

**5.**     Pursuant to Federal Rules of Civil Procedure, Rule 16(b)(3)(A) and LR 16.2(a)(5) all parties shall file any motion to join additional parties or to amend the pleadings by September 13, 2019.

**6.**     Other non-dispositive motions, except for motions in limine and discovery motions, shall be filed by January 15, 2020.

**7.**     Dispositive motions shall be filed by November 13, 2019.

**8a.**     Motions in limine shall be filed by March 24, 2020.

**b.**     Any opposition memorandum to a motion in limine shall be filed by March 31, 2020.

## DISCOVERY:

**9.**     Unless and until otherwise ordered by the Court, the parties shall follow the discovery plan agreed to by the parties herein pursuant to Fed. R. Civ. P. 26(f).

**10.**     (RESERVED)

**11.**     Pursuant to Fed. R. Civ. P. 26(a)(2), each party shall disclose to each other party the identity and written report of any person who may be used at trial to present expert

evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.  The disclosures

pursuant to this paragraph shall be according to the following schedule:

     **a.**      All plaintiffs shall comply by October 15, 2019.

     **b.**      All defendants shall comply by November 13, 2019.

Disclosure of the identity and written report of any person who may be called solely to

contradict or rebut the evidence of a witness identified by another party pursuant to

subparagraphs a and b hereinabove shall occur within thirty (30) days after the disclosure

by the other party.

**12.**     Pursuant to Fed. R. Civ. P. 16(b)(3) and LR 16.2(a)(6), the discovery deadline

shall be February 14, 2020.  Unless otherwise permitted by the Court, all discovery

pursuant to Federal Rules of Civil Procedure, Rules 26 through 37 inclusive must be

completed by the discovery deadline.  Unless otherwise permitted by the Court, all

discovery motions and conferences made or requested pursuant to Federal Rules of Civil

Procedure, Rules 26 through 37 inclusive and LR 26.1, 26.2 37.1 shall be heard no later

than thirty (30) days prior to the discovery deadline.

**SETTLEMENT:**

**13.**     A settlement conference shall be held on January 15, 2020, at 10:00 a.m. before

the Honorable Rom A. Trader, United States Magistrate Judge.

**14.**     Each party shall deliver to the presiding Magistrate Judge a confidential settlement

conference statement by January 8, 2020.  The parties are directed to LR 16.5(b) for the

requirements of the confidential settlement conference statement.

**15.**    The parties shall exchange written settlement offers and meet and confer to discuss settlement before the date on which settlement conference statements are due.

## TRIAL SUBMISSIONS:

### JURY ISSUES:

**16.**    The parties shall prepare in writing and submit to the Court  any special voir dire inquiries they wish the judge to ask the jury panel.

**17.**    The parties shall confer in advance of trial for the purpose of preparing an agreed upon special verdict form, if a special verdict form is to be requested.  The agreed upon special verdict form shall be submitted to the Court.  In the event of disagreement, the parties shall submit all proposed special verdict forms to the Court.

**18.**    The parties shall confer in advance of trial for the purpose of preparing an agreed upon concise statement of the case that may be read by the trial judge to the jury during voir dire.  The agreed upon concise statement of the case shall be submitted to the Court. In the event of disagreement, the parties shall submit all proposed concise statements of the case to the Court.

**19.**    Jury instructions shall be prepared in accordance with LR 51.1 and submitted to the Court.

**20.**    All submissions to the Court required by paragraphs 16, 17, 18 and 19 shall be made by March 31, 2020.

### WITNESSES:

**21.**    By March 24, 2020, each party shall serve and file a final comprehensive witness list indicating the identity of each witness that the party will call at trial and describing

concisely the substance of the testimony to be given and the estimated time required for the testimony of the witness on direct examination.

**22.** The parties shall make arrangements to schedule the attendance of witnesses at trial so that the case can proceed with all due expedition and without any unnecessary delay.

**23.** The party presenting evidence at trial shall give notice to the other party the day before of the names of the witnesses who will be called to testify the next day and the order in which the witnesses will be called.

**EXHIBITS:**

**24.** By March 17, 2020, the parties shall premark for identification all exhibits and shall exchange or, when appropriate, make available for inspection all exhibits to be offered, other than for impeachment or rebuttal, and all demonstrative aids to be used at trial.

**25.** The parties shall meet and confer regarding possible stipulations to the authenticity and admissibility of proposed exhibits by March 24, 2020.

**26.** By March 31, 2020 the parties shall file any objections to the admissibility of exhibits. Copies of any exhibits to which objections are made shall be attached to the objections.

**27.** The original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court the Thursday before trial.

**DEPOSITIONS:**

**28a.**   By March 24, 2020, the parties shall serve and file statements designating excerpts from depositions (specifying the witness and page and line referred to) to be used at trial other than for impeachment or rebuttal.

   **b.**   Statements counter-designating other portions of depositions or any objections to the use of depositions shall be served and filed by March 31, 2020.

### TRIAL BRIEFS:

**29.**   By March 31, 2020, each party shall serve and file a trial brief on all significant disputed issues of law, including foreseeable procedural and evidentiary issues, setting forth briefly the party's position and the supporting arguments and authorities.

### PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:

**30.**   Each party shall serve and file proposed findings of fact and conclusions of law by N/A.

### OTHER MATTERS:

None   IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, April 11, 2019.



   /s/ Rom A. Trader
Rom A. Trader
United States Magistrate Judge

*Craig Moskowitz, on Behalf of Himself and all Others Similarly Situated vs. American Savings Bank, F.S.B.*; Civ. No. 17-00299 HG-RT; Amended Rule 16 Scheduling Order

6