**ASHFORD & WRISTON LLP**
KEVIN W. HERRING 6722-0
kherring@awlaw.com
BENJAMIN M. CREPS 9959-0
bcreps@awlaw.com
999 Bishop Street, Suite 1400
Honolulu, Hawaii 96813
Telephone: (808) 539-0400
Fax: (808) 533-4945

**TROUTMAN SANDERS LLP**
STEVEN D. ALLISON (*pro hac vice*)
steven.allison@troutman.com
SAMRAH R. MAHMOUD (*pro hac vice*)
samrah.mahmoud@troutman.com
5 Park Plaza, Suite 1400
Irvine, California 92614
Telephone: (949) 622-2703
Fax: (949) 622-2739

Attorneys for Defendant
AMERICAN SAVINGS BANK, F.S.B.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| CRAIG MOSKOWITZ, on behalf of himself and all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**AMERICAN SAVINGS BANK, F.S.B.,**<br><br>**Defendant.** | CIVIL NO.  1:17-CV-00299-HG-RT<br><br>**CERTIFICATE OF SERVICE OF DEFENDANT AMERICAN SAVINGS BANK, F.S.B.'S DISCLOSURE OF EXPERT TESTIMONY; EXPERT REPORT OF MARGARET DALEY; EXPERT REPORT OF DAVID KALAT; EXPERT REPORT OF AARON WOOLFSON**<br><br>Trial Date: April 14, 2020<br>Trial Judge: Hon. Helen Gillmor |

40623648

The undersigned hereby certifies that on November 13, 2019, a true and correct copy of the following documents listed have been served upon all participants counsel of record and that service was made via FedEx overnight and electronic mail on the parties listed below.

**DEFENDANT AMERICAN SAVINGS BANK, F.S.B.'S DISCLOSURE OF EXPERT TESTIMONY**

**EXPERT REPORT OF MARGARET DALEY; EXHIBITS 1 – 9**

**EXPERT REPORT OF DAVID KALAT; EXHIBITS 1 – 8**

**EXPERT REPORT OF AARON WOOLFSON; EXHIBITS 1 – 5**

Justin A. Brackett
515 Ward Avenue
Honolulu, HI 96814
Phone: (808) 377-6778
Fax: (808) 377-6778
debtdisputetn@gmail.com

Bellin & Associates LLC
Aytan Y. Bellin (admitted pro hac vice)
85 Miles Avenue
White Plains, NY 10606
Phone: (914) 358-5345
Fax: (212) 571-0284
aytan.bellin@bellinlaw.com

*Attorneys for Plaintiff and the Proposed Class*

Dated: November 13, 2019

/s/ Steven D. Allison
Steven D. Allison

- 1 -

40623648