AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| CRAIG MOSKOWITZ, | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CIVIL NO. 17-00299 HG-RT |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| AMERICAN SAVINGS BANK, F.S.B., | January 6, 2020 |
| Defendant(s). | At 5 o'clock and 10 min p.m. SUE BEITIA, CLERK |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

      On January 6, 2020, the Court issued its Order, ECF 148: "ORDER GRANTING DEFENDANT AMERICAN SAVINGS BANK, F.S.B.'S MOTION FOR SUMMARY JUDGMENT (ECF No. 112 )" ("January 6, 2020 Order),

      IT IS ORDERED AND ADJUDGED that JUDGMENT is entered in favor of Defendant AMERICAN SAVINGS BANK, F.S.B. pursuant to and in accordance with the January 6, 2020 Order.

| January 6, 2020 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by J.O. |
| | (By) Deputy Clerk |