Justin A. Brackett, #9954
515 Ward Avenue
Honolulu, HI 96814
Phone: (808) 377-6778
justinbrackettlaw@gmail.com

Bellin & Associates LLC
Aytan Y. Bellin (admitted *pro hac vice*)
85 Miles Avenue
White Plains, NY 10606
Phone: 914-358-5345
Fax: 212-571-0284
aytan.bellin@bellinlaw.com

*Attorneys for Plaintiff and the Proposed Class*

**FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII**

NOV 08 2022
at _4_ o'clock and _3 4_min. _P_ M
John A. Mannle, Clerk

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

---

**CRAIG MOSKOWITZ,** on behalf of himself
and all others similarly situated,

Plaintiff,

17 CV 00299 HG-RT

-vs.-

**AMERICAN SAVINGS BANK, F.S.B.,**

Defendant.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the parties hereto that

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), this case is dismissed with prejudice

and without further costs (other than what has already been awarded) to any party.

1


Dated: November 8, 2022

Respectfully submitted,

BELLIN & ASSOCIATES LLC

By: /s/ Aytan Y. Bellin
Aytan Y. Bellin, Esq.
Bellin & Associates LLC
50 Main Street, Suite 1000
White Plains, NY 10606
Tel: (914) 358-5345
Email: aytan.bellin@bellinlaw.com

*Attorneys for Plaintiff Craig Moskowitz*

TROUTMAN PEPPER

/s/ Samrah Mahmoud
By: Samrah Mahmoud, Esq.
5 Park Plaza, Suite 1400
Irvine, CA 92614
Tel: (949) 622-2751
Email:
samrah.mahmoud@troutman.com

*Attorneys for American Savings Bank, F.S.B.*

APPROVED AND SO ORDERED:

UNITED STATES DISTRICT JUDGE

11 | 8 | 2022